

**COM.**

v.

**MILLS, L.**

**289 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

CP–25–CR–0002190–2014 (Erie)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**COOLEY, D.**

**386 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

CP–25–CR–0001836–2014 (Erie)

Vacated/Remanded

**IN RE: R.N.R.S., a Minor,**

**Appeal of: E.P.S.**

**452 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

TPR No. CP–02–AP—000134–2016 (Allegheny)

Affirmed

**IN RE: M.E.M.,**

**Appeal of: S.M.M., mother**

**532 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

O.A. No. 51 of 2016

(Butler)

Affirmed

**IN RE: P.R.M.,**

**Appeal of: S.M.M., mother**

**533 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

O.A. No. 52 of 2016

(Butler)

Affirmed

